

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2014

No. 04-14-00397-CV

**IN THE INTEREST OF S.D.A., S.A.A., D.S.A.**, Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013EM506191
Honorable Eric Rodriguez, Judge Presiding

## O R D E R

      Appellant, proceeding pro se, has filed a request for a copy of the appellate record for the purpose of preparing his brief. Appellant filed a timely notice of appeal in the trial court on May 28, 2014. *See* TEX. R. APP. P. 25.1(a). Thereafter, appellant filed an untimely affidavit of indigence in this court. *See* TEX. R. APP. P. 20.1(c)(1). In our order issued July 2, 2014, we notified the trial court clerk, court reporter, and other parties of the opportunity to file a contest to appellant's affidavit of indigence. *See* TEX. R. APP. P. 20.1(d)(2), (e). No contest was filed. Therefore, the affidavit of indigence is deemed true and appellant is considered to be indigent. *See* TEX. R. APP. P. 20.1(f). The clerk's record was filed on July 18, 2014, and the court reporter filed a CD of the audio transcript on August 21, 2014. Because appellant is indigent he is entitled to receive a free copy of the appellate record. Accordingly, the clerk of this Court is ORDERED to promptly provide appellant with a copy of the clerk's record and a copy of the CD of the audio transcript.

      The appellant's brief is currently due on September 22, 2014.

_____
Rebeca C. Martinez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court